**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDWARD FULLER,<br>Plaintiff, | : | NO. 4:25-CV-01585 |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| FRANK BISIGNANO,<br>*Commissioner of Social Security*,<br>Defendant. | : | |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1) The decision of the Commissioner of Social Security denying the Plaintiff benefits under the Social Security Act is **AFFIRMED**;

(2) Final judgment will be entered in the Defendant's favor; and

(3) The Clerk of Court is directed to **CLOSE** this case.

Date: September 4, 2026

s/*Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge